**Entered on Docket
November 24, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS
               BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Bankruptcy Case No. BK-S-09-16966-bam |
|---|---|
| ROSA BENAVIDES , | Chapter 13 |
| Debtor(s). | WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER VACATING AUTOMATIC STAY |
| | Date:   November 10, 2009 |
| | Time:   1:30 P.M. |

        A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings

Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the

United States Bankruptcy Court before the Honorable Bruce A. Markell.

1      The court having duly considered the papers and pleadings on file herein and

2   being fully advised thereon and finding cause therefor:

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

4   Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

5   Secured Creditor, of all its rights in the subject property, generally described as 5928 Altissimo

6   St, North Las Vegas, Nevada 89081-3404, and legally described as follows:

7

8          LOT 10, OF FINAL MAP OF ROSE LAKE 20, AS
          SHOWN BY MAP THEREOF ON FILE IN BOOK
          130 OF PLATS, PAGE 13, IN THE OFFICE OF
9          THE    COUNTY    RECORDER    OF    CLARK
          COUNTY, NEVADA.

10

11    APPROVED/DISAPPROVED

12    _____

13    RICK A. YARNALL
      TRUSTEE

14

15   /././

16   /././

17   /././

18   /././

19   /././

20   /././

21   /././

22   /././

23   /././

24   /././

25   /././

26   /././

27   /././

28   /././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐    The court has waived the requirement of approval under LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐    Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒    Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11385
Attorney for WACHOVIA
MORTGAGE, FSB, FKA
WORLD SAVINGS BANK, FSB